AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Express Mail Parcel bearing USPS Tracking Number<br>"EJ114819835US" as further<br>described in Attachment A. | Case No. 19-M-6166-01-KGG<br><br>FILED UNDER SEAL |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Express Mail Parcel bearing USPS Tracking Number "EJ114819835US," as further described in Attachment A.

located in the _____ District of ___Kansas___, there is now concealed *(identify the person or describe the property to be seized)*:

evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) and/or Section 843(b) (unlawful use of a communications facility to facilitate the distribution of a controlled substance); and Title 21, United States Code, Section 846, (Conspiracy, including, but not limited to, controlled substances).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) and 841 | possession with intent to distribute a controlled substance |
| 21 USC 843(b) | unlawful use of a comm. facility to facilitate distribution of a controlled substance |
| 21 USC 846 | conspiracy |

The application is based on these facts:

See Attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Paul Shade, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/1/2019

_____
*Judge's signature*

City and state: Wichita, KS

The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A

United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ114819835US" addressed to "Juan Jackson, 501 South A St., Arkansas City, KS 67005" with a return address of "Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405" was mailed on September 30, 2019 from San Bernadino, CA Post Office 92404. Further, this parcel weighs approximately 2 pounds 13 ounces and bears $49.10 in postage ("Subject Parcel"). The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.

## AFFIDAVIT

I, Paul Shade, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service, and have been so employed since July, 2004. I am currently assigned to the Kansas City Field Office of the Postal Inspection Service and have experience enforcing federal mail and drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received basic training for approximately 12 weeks from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances. I received formal training for one week in January, 2009, when I attended the United States Postal Inspection Service Narcotics training course in Potomac, Maryland. This training involved narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances and narcotic proceeds being transported in the United States Mail and other commercial carriers.

3. The U. S. Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled

substances. The Kansas City Field Office Postal Inspection Service program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas and Western District of Missouri.

### ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for a United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ114819835US" addressed to "Juan Jackson, 501 South A St., Arkansas City, KS 67005" with a return address of "Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405" was mailed on September 30, 2019 from San Bernadino, CA Post Office 92404. Further, this parcel weighs approximately 2 pounds 13 ounces and bears $49.10 in postage ("Subject Parcel").

5. Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency.

6. The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.

### OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Parcel contains evidence of violations of Title 21, United

2

States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8.  On October 1, 2019, while examining incoming mail parcels at the US Postal Service Processing & Distribution Center, located at 7117 W. Harry St, Wichita, Kansas, Inspectors observed the Subject Parcel, bearing tracking "EJ114819835US" addressed to "Juan Jackson, 501 South A St., Arkansas City, KS 67005" with a return address of "Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405" was mailed on September 30, 2019 from San Bernadino, CA Post Office 92404. Further, this parcel weighs approximately 2 pounds 13 ounces and bears $49.10 in postage ("Subject Parcel").

9.  I queried the Subject Parcel's listed return address information (Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405) in the CLEAR Law Enforcement Database as well as the US Postal Service Address Management System. Thomson is not affiliated with the address. I queried the addressee information (Juan Jackson, 501 South A St., Arkansas City, KS 67005) in the CLEAR Law Enforcement Database and he is listed as a resident at this address.

11. On October 1, 2019, I contacted Wichita Police Officer Dustin Nail and coordinated an exterior odor search of the Subject Parcel at the Postal Inspection Service

Office in Wichita Kansas.  Inspectors placed the Subject Parcel in the conference room, where other similar empty boxes were located in the facility.  At approximately 11:00 am, Inspectors observed Officer Nail and his certified narcotic canine, Nash, search the area.  I observed Nash search the area and then sat facing the Subject Parcel.  Officer Nail stated Nash's actions indicated he had alerted to the Subject Parcel as containing a narcotic odor.

12. Officer Dustin Nail #2222 is currently employed as a canine handler with the Wichita Police Department.  Officer Nail was first assigned Police Service Dog Nash in September 2015 and completed a basic canine training course with PSD Nash in December 2015.  Police Service Dog Nash received approximately two hundred hours in the detection of marijuana, methamphetamine, cocaine and heroin during the training class.  Police Service Dog Nash has continued to attend maintenance training on a weekly basis since basic training.  Officer Nail and Police Service Dog Nash were last certified by the Kansas Highway Patrol as a Narcotics Detection Dog Team on October 17th, 2018.  Police Service Dog Nash is trained to give a passive indication, meaning that when he locates one of the odors he is trained to detect he sits or goes into a down position at the source of the odor.

## CONCLUSION

13. Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21, United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Paul Shade
United States Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me on this _____ day of October 2019.

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge

5

## ATTACHMENT A

United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ114819835US" addressed to "Juan Jackson, 501 South A St., Arkansas City, KS 67005" with a return address of "Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405" was mailed on September 30, 2019 from San Bernadino, CA Post Office 92404. Further, this parcel weighs approximately 2 pounds 13 ounces and bears $49.10 in postage ("Subject Parcel"). The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.