AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19-M-6166-01-KGG
Priority Express Mail Parcel bearing USPS Tracking Number )
"EJ114819835US" as further )
described in Attachment A. )  FILED UNDER SEAL

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas _____
*(identify the person or describe the property to be searched and give its location)*:

Priority Express Mail Parcel bearing USPS Tracking Number "EJ114819835US" as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) and/or Section 843(b) (unlawful use of a communications facility to facilitate the distribution of a controlled substance); and Title 21, United States Code, Section 846, (Conspiracy, including, but not limited to, controlled substances).

**YOU ARE COMMANDED** to execute this warrant on or before   OCT 15, 2019   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the Honorable Kenneth G. Gale    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/1/2019   _____
*Judge's signature*

City and state:   Wichita, KS    The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2905535-PMN | Date and time warrant executed: 10/1/19 -1600 | Copy of warrant and inventory left with: JACKSON |
| Inventory made in the presence of: SHADE/HIGHFILL |||
| Inventory of the property taken and name of any person(s) seized: — EXPRESS MAIL BOX WITH APPROX. 996 grams MARIJUANA. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/1/19

Executing officer's signature

PAUL SHADE / POSTAL INSPECTOR
Printed name and title

## ATTACHMENT A

United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ114819835US" addressed to "Juan Jackson, 501 South A St., Arkansas City, KS 67005" with a return address of "Mike Thomson, 1296 N. Berkely Ave, San Bernadino, CA 92405" was mailed on September 30, 2019 from San Bernadino, CA Post Office 92404. Further, this parcel weighs approximately 2 pounds 13 ounces and bears $49.10 in postage ("Subject Parcel"). The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.